# Court of Appeals
# of the State of Georgia

ATLANTA,   June 07, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2004.  ALBERT GIBEL v. TREVOR WOOD et al.**

On May 11, 2012, the trial court entered an order granting summary judgment and a writ of possession to the plaintiffs in this dispossessory action. On May 21, 2012, defendant Albert Gibel filed a notice of appeal to this Court. An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Gibel filed his notice of appeal ten days after entry of the order he wishes to appeal. Accordingly, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/07/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*